UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-MJ-663 |
| : | |
| TIMOTHY DESJARDINS, : | |
| : | |
| Defendant : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, complaint and related papers in the above captioned case. Mr. Desjardins was arrested on November 11, 2021 by the Providence Police Department and is currently in the custody of the State of Rhode Island pending an unrelated state charge, and the reasons for sealing the case have been accomplished and there is no longer a need to keep the case sealed. This matter was originally sealed on November 19, 2021.

Date: November 23, 2021        Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 418052

By:        */s/ Matthew Moeder*
MATTHEW MOEDER
Assistant United States Attorney
Missouri Bar #: 64036
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-4103
Matthew.Moeder@usdoj.gov