UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 25-1 (RBW) |
| ) | |
| TIMOTHY DESJARDINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 41, it is hereby

**ORDERED** that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 41, is **GRANTED**.[1] It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the defendant shall be released from custody as to this case only. It is further

**ORDERED** that this case is **CLOSED**.

---

[1] The government is dismissing this case based on the issuance of the Presidential Pardon, despite the government's earlier allegations that, on January 6, 2021, the defendant committed the crimes of: (1) Civil Disorder in violation of 18 U.S.C. § 231(a)(3); (2) Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon in violation of 18 U.S.C. § 111(a)(1) and (b); (3) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A); (4) Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A); (5) Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A); (6) Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); (7) and Act of Physical Violence in the Capitol grounds or building in violation 40 U.S.C. § 5104(e)(2)(F). See Indictment as to Timothy Desjardins at 1–4, ECF No. 37. The defendant denied these allegations and entered a plea of not guilty to all of these charges. See Minute Entry (Jan. 14, 2025).

**SO ORDERED** this 22nd day of January, 2025.

／s／ Reggie B. Walton
REGGIE B. WALTON
United States District Judge